1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE, WSBA No. 32245.
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Social Security Administration
4  MARCELO ILLARMO (MABN 670079)
5  Special Assistant United States Attorney
        Office of the General Counsel
6       Social Security Administration
        6401 Security Boulevard
7       Baltimore, Maryland 21235
        Telephone: (510) 970-4822
8       E-Mail: Marcelo.Illarmo@ssa.gov
9  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| YESENIA X. CANDIDO, | No. 1:23-cv-00563-JLT-GSA |
|---|---|
| Plaintiff, | STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from August 9, 2023 to September 8, 2023.  Defendant respectfully requests this additional time because undersigned counsel has a larger than normal workload, including nine district court briefs due between August 7 and August 14, 2023.

   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before September 8, 2023;

- Plaintiff's optional reply will be due within 20 days of the filing of Defendant's brief (on or before September 28, 2023).

                                  Respectfully submitted,

DATE: August 2, 2023             */s/ Jonathan Omar Pena* \*
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
                                        (\* approved via email on 8/2/23)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: August 2, 2023     By   *s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

                                        <u>ORDER</u>

IT IS SO ORDERED.

    Dated:   **August 2, 2023**                      <u>/s/ Gary S. Austin</u>
                                                              UNITED STATES MAGISTRATE JUDGE