PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
      Office of the General Counsel
      Social Security Administration
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4822
      E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA X. CANDIDO,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>    Defendant. | Case No.: 1:23-cv-00563-JLT-GSA<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; consider all pertinent issues *de novo*; further develop the record as necessary; and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: September 7, 2023          */s/ Jonathan O. Pena*\*
                                  (*as authorized via e-mail on 9/6/23)
                                  JONATHAN O. PENA
                                  Attorney for Plaintiff


Dated: September 7, 2023          PHILLIP A. TALBERT
                                  United States Attorney

                          By:     */s/ Marcelo Illarmo*
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant


## ORDER

Based on the parties' stipulation, it is **ORDERED** that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the terms of the stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated:   **September 8, 2023**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE